UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NICHOLAS ZIROGIANNIS, :
individually and on behalf of a class, :
: No. 2:15-cv-05884 (SJF) (ARL)
           Plaintiff, :
  -vs.- :
:
SETERUS, INC., :
:
           Defendant. :
---------------------------------------------------------- x

## MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated February 3, 2016, and upon all the prior pleadings and proceedings, Defendant Seterus, Inc., by its attorneys Hogan Lovells US LLP, will move this Court before the Honorable Sandra J. Feuerstein, United States District Judge, United States District Court, Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, at a date and time as shall be set by the Court, for an order, pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1) and (6), dismissing the Amended Complaint (Dkt. No. 16) filed by plaintiff Nicholas Zirogiannis, because this Court lacks subject matter jurisdiction and because the Complaint fails to state a claim upon which relief may be granted. Oral argument, if any, will be on a date and at a time to be designated by the Court.

Dated: New York, New York
       February 3, 2016

                                HOGAN LOVELLS US LLP

                      By:   /s/ Lisa Fried
                          Lisa Fried
                          Courtney Colligan
                          875 Third Avenue
                          New York, New York 10022

Tel: (212) 918-3000
Fax: (212) 918-3100
lisa.fried@hoganlovells.com
courtney.colligan@hoganlovells.com

*Attorneys for Defendant Seterus, Inc.*

To:
Abraham Kleinman
Kleinman, LLC
626 RXR Plaza
Uniondale, NY 11556-0626
Email: akleinman@kleinmanllc.com

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Email: thardy@edcombs.com

*Attorneys for Plaintiff Nicholas Zirogiannis*

## **CERTIFICATE OF SERVICE**

       I, Lisa Fried, hereby certify that on this 3rd day of February, 2016, I caused the foregoing document to be served via electronic mail and first-class mail upon:

Abraham Kleinman, Esq.
Kleinman LLC
626 RXR Plaza
Uniondale, New York 11556-0626
akleinman@kleinmanllc.com
*Attorneys for Plaintiff Nicholas Zirogiannis*

Tiffany N. Hardy, Esq.
Edelman Combs Latturner & Goodwin LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
thardy@edcombs.com
*Attorneys for Plaintiff Nicholas Zirogiannis*


                                               /s/ Lisa J. Fried
                                                  Lisa J. Fried

New York, New York
February 3, 2016