UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
NICHOLAS ZIROGIANNIS, individually and
on behalf of a class,

                     Plaintiff,

       vs.

SETERUS, INC.,

                     Defendant.
------------------------------------------------------x

2:15-CV-05884-SJF-ARL

Judge Sandra J. Feuerstein
Magistrate Judge Lindsay

**NOTICE OF APPEAL**

       PLEASE TAKE NOTICE that Nicholas Zirogiannis ("Plaintiff"), on behalf of himself and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the District Court's Opinion and Order entered by the Honorable Sandra J. Feuerstein, granting Defendant's Motion to Dismiss, entered on November 28, 2016 [Doc. 36] and the Order denying reconsideration [Doc. 44] and all other orders affecting that Order.

       Respectfully submitted this 16th day of January 2017

                                      *s/ Tiffany N. Hardy*
                                      Tiffany N. Hardy, Esq.
                                      EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
                                      20 South Clark Street, Suite 1500
                                      Chicago, Illinois 60603
                                      Telephone: (312) 739-4200
                                      Facsimile: (312) 419-0379
                                      E-Mail: thardy@edcombs.com

                                      Abraham Kleinman
                                      KLEINMAN, LLC
                                      626 RXR Plaza
                                      Uniondale, New York 11556-0626
                                      Telephone: (516) 522-2621
                                      Facsimile: (888) 522-1692
                                      E-Mail: akleinman@kleinmanllc.com

                                      *Attorneys for Plaintiff, Nicholas Zirogiannis*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NICHOLAS ZIROGIANNIS, individually and on behalf of a class,<br><br>       Plaintiff,<br><br>  vs.<br><br>SETERUS, INC.,<br><br>       Defendant. | 2:15-CV-05884-SJF-ARL<br><br>Judge Sandra J. Feuerstein<br>Magistrate Judge Lindsay<br><br>**CERTIFICATE OF SERVICE** |

  I, Tiffany N. Hardy, hereby affirm under the penalties of perjury that on January 16, 2017, I served the within documents and all supporting papers on the Clerk of this Court using the CM/ECF system. I also certify that the foregoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

                *s/ Tiffany N. Hardy*
                Tiffany N. Hardy, Esq.
                EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
                20 South Clark Street, Suite 1500
                Chicago, Illinois 60603
                Telephone: (312) 739-4200
                Facsimile:  (312) 419-0379
                E-Mail:   thardy@edcombs.com

                *One of the Attorneys for Plaintiff, Nicholas Zirogiannis*